THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ROSENBLATT, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

CHARLES REGALBUTO, Respondent, v. OTTO S. GROPPER, as President, and JOHN McKENNA, as President-Elect, of Operative Plasterers' and Cement Finishers' International Association, Local 314, of Queens, Nassau and Suffolk Counties, Defendants, and FRANK X. CARNEY, as Alleged Business Agent of Operative Plasterers' and Cement Finishers' International Association, Local 314, of Queens, Nassau and Suffolk Counties, Appellant.— Order declaring appellant's election null and void, declaring respondent elected, and restraining appellant from performing the duties, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, without costs, the *status quo* as of the time before election to remain until the trial of the action; and it is hereby directed that this cause be placed at the head of the Special Term calendar for immediate trial. In our opinion, although the learned Special Term had jurisdiction of the subject-matter of this action (*Boston B. B. Assn.* v. *Brooklyn B. B. Club*, 37 Misc. 521), it was without authority to make, in advance of the trial and before issue joined, an order which is in the nature of a judgment finally determining the action and granting plaintiff the entire relief prayed for in his complaint. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur. Settle order on notice.

ABRAHAM REINLIEB, Appellant, v. EDWARD J. ROSE and BERNARD RATKOWSKY, Respondents.— Order setting aside verdict reversed upon the law and the facts, with costs, and verdict reinstated, with costs. This case was fairly submitted to the jury, whose verdict resolved the facts in appellant's favor. The verdict not being against the weight of evidence, the order setting it aside was an improper exercise of discretion. Rich, Seeger and Scudder, JJ., concur; Lazansky, P. J., and Young, J., dissent and vote to affirm.

LOUIS ROTHMAN, Appellant, v. MAX ODELMAN, Respondent.— Order vacating body execution affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

ROBERT H. SCANNELL, Respondent, v. JOHN W. GOFF, Appellant.— Order granting summary judgment and judgment entered thereon reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for summary judgment denied, with ten dollars costs, upon the ground that the record shows that there are issues of fact to be disposed of by a trial. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.

HARRY SCHNALL, Respondent, v. PARAGON FINANCE AND MORTGAGE CORPORATION, Appellant.— Order of Appellate Term, affirming judgment of Municipal Court, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.